IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 7:11-CV-136-FL

| | |
|---|---|
| RUBY WAY PARTNERS, LLC and SUN BUILDERS, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DAVID RIZZO and THE BANK OF HAMPTON ROADS, Successor in interest by merger to Gateway Bank & Trust Co., | ) ) ) ) ) |
| Defendants, | ) ) |

**CONSENT ORDER**

THIS MATTER came before the Court on the Joint Motion to Stay the Court's Initial Order Regarding Planning and Scheduling filed by Plaintiffs and Defendants on August 31, 2011. It appearing to the Court that the Parties have shown good cause to stay the Initial Order Regarding Planning and Scheduling pending disposition of Defendants' Motion to Dismiss and Plaintiffs' Motion to Remand,

IT IS THEREFORE ORDERED, that the deadlines in the Initial Order Regarding Planning and Scheduling are stayed pending disposition of Defendants' Motion to Dismiss and Plaintiffs' Motion to Remand.

This 7th day of September, 2011

_____
LOUISE W. FLANAGAN
Chief United States District Court Judge